JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-0583-GAF | Date | April 27, 2012 |
|---|---|---|---|
| Title | Central Mortgage Company v. Eliseo Lopez et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**       **(In Chambers)**

## ORDER REMANDING CASE

The instant action represents Defendant Eliseo Lopez's third attempt to remove an unlawful detainer action commenced against him in "mid-2011" in San Bernardino County Superior Court by Plaintiff Central Mortgage Company.  (See Docket No. 1 [Not. of Removal], Ex. A [Compl.]); Central Mortgage Company v. Lopez, Case No. 5:12-cv-00583-VAP-OP (E.D. Cal); Central Mortgage Company v. Lopez, Case No. 5:11-cv-01701-GAF-SS (C.D. Cal.).  The unlawful detainer action has already been remanded twice for lack of federal subject matter jurisdiction.  See Case No. 5:11-cv-01701-GAF-SS, Docket No. 6; Case No. 5:12-cv-00583-VAP-OP, Docket No. 15.  Defendant's Notice of Removal identifies no new facts or circumstances giving rise to federal jurisdiction in this action.  Accordingly, the Court **REMANDS** the case to San Bernardino County Superior Court.

**IT IS SO ORDERED.**